IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00165-MR-WCM

| | |
|---|---|
| DONEGAL MUTUAL INSURANCE COMPANY *as subrogee of* *Agrifacture USA Ltd* *as subrogee of* *Elm Properties, LLC,* <br><br>　　　　　Plaintiff, <br>v. <br><br>ORDERTECH ACQUISITION ONE, INC. *doing business as* *Circuit Specialists*; ORDERTECH CORP. *doing business as* *Circuit Specialists*; CIRCUIT SPECIALISTS, INC.; and WAYNE THORPE DEVELOPMENT, INC. *formerly known as* *Circuit Specialists, Inc.*; <br><br>　　　　　Defendants. | ORDER |

　　　This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 6) filed by Christopher P. Raab. The Motion indicates that Mr. Raab, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Michael Ciamaichelo, who the Motion represents as being a member in good standing of the Bar of Pennsylvania. It further appears that the requisite admission fee has been

paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 6) and **ADMITS** Michael Ciamaichelo to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: July 18, 2023

W. Carleton Metcalf
United States Magistrate Judge